UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00318-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **EDGAR HORACIO HUERTA-CASTRO**,
2. **EDUARDO C. MADERA**,

    Defendants.

## ORDER

THIS MATTER comes before the Court upon review of the file. By way of background, on August 10, 2010, I granted the Defendants' respective motions for a 45-day ends of justice continuance of the speedy trial deadlines pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) in order to file pre-trial motions. Thus, the parties agree that the current speedy trial deadline is November 1, 2010. On October 1, 2010, the parties submitted a status report to the Court. In the status report, defense counsel indicated that upon the expected review of new discovery, Defendants will be in a position to file necessary pre-trial motions not later than October 25, 2010. Accordingly, it is

ORDERED that Defendants shall file pre-trial motions not later than **Monday, October 25, 2010.** Responses to those motions shall be filed not later than **Monday, November 15, 2010.** Upon receipt of the responses, the Court will likely set a hearing. It is

FURTHER ORDERED that should Defendants determine not to file pre-trial

motions, counsel shall immediately contact the Court in order to set a status conference.

Dated: October 6, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge