UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00318-WYD

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

1. **EDGAR HORACIO HUERTA-CASTRO**,
2. **EDUARDO C. MADERA**,

　　Defendants.

## ORDER

　　THIS MATTER comes before the court on the Stipulated Motion to Permit Disclosure of Grand Jury Material (ECF No. 33).

　　HAVING REVIEWED the motion and being otherwise advised on the bases, the Court finds that good and sufficient cause supports the same, and it is therefore

　　ORDERED that the stipulated motion is **GRANTED**, and that grand jury materials as described in the motion may be disclosed to the Defendants and their attorneys in the course of discovery in this case. It is further

　　ORDERED that such materials shall only be used in defending this case; that such materials are to be disclosed only to the Defendants and their attorneys; and that the defense attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same.

Dated: October 7, 2010

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge