UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00318-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.  EDGAR HORACIO HUERTA-CASTRO and**
**2.  EDUARDO CONSTANTE MADERA,**

        Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

        On October 25, 2010, Defendants filed two motions to suppress evidence (ECF
Nos. 37 and 38).  Accordingly, the parties are ordered to jointly contact my chambers at
303-844-2170 not later than **Thursday, November 4, 2010** in order to set an
evidentiary hearing on the motions.

        Dated:  October 28, 2010