UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00318-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **EDGAR HORACIO HUERTA-CASTRO**,
2. **EDUARDO C. MADERA**,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      On December 24, 2010, Defendant Huerta-Castro filed a Motion for Discovery (ECF No. 47) and Defendant Madera filed a Motion to Withdraw (ECF No. 48). Accordingly, these matters will be heard at a status conference set for **Wednesday, January 12, 2011 at 8:30 a.m.**

      Dated:  January 4, 2011