UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00318-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.  EDGAR HORACIO HUERTA-CASTRO and**
2.  EDUARDO CONSTANTE MADERA,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendant Edgar Horacio Huerta-Castro filed a Notice of Disposition in the above matter on February 16, 2011.  A Change of Plea hearing is set for **Wednesday, March 30, 2011 at 10:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated:  February 16, 2011