UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   10-cr-00318-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   EDGAR HORACIO HUERTA-CASTRO,

      Defendant.

## ORDER TO DISMISS

Upon consideration of the Government's Motion to Dismiss Indictment, and for good cause shown, it is hereby

ORDERED that Government's Motion to Dismiss Indictment [doc. #61], filed March 24, 2011, is **GRANTED.**  It is further

ORDERED that the Indictment be dismissed as to the defendant Edgar Horacio Huerta-Castro.

Dated this 24th day of March, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE